## HAROLD IWAI, ET AL. *v.* CITY AND COUNTY OF HONOLULU, A MUNICIPAL CORPORATION, ET AL.

### No. 4905.

SEPTEMBER 26, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* These are appeals by plaintiffs in Civil No. 19011, and plaintiffs in Civil No. 19012, of the first circuit court, from summary judgments in favor of Kaneohe Ranch Company, Ltd., one of multiple defendants, and from orders denying motions to vacate such judgments. The appeals were taken notwithstanding the denial by the circuit court of plaintiffs' motion for allowance of interlocutory appeals.

Kaneohe Ranch Company, Ltd., has moved to dismiss the appeals on the authority of *Berkness* v. *Hawaiian*

*Electric Co., Ltd.,* 47 Haw.. 479, 391 P.2d 869 (1964), and *Chang* v. *City and County of Honolulu,* 51 Haw. 137, 453 P.2d 753 (1969). The motion is well taken, and is granted.

*A. Singleton Cagle* (*Smith, Wild, Beebe & Cades* of counsel) for appellee Kaneohe Ranch Company, Ltd., for the motion.

*Harriet Bouslog* (*Bouslog & Symonds* of counsel, *O. Vincent Esposito* also on the brief) for appellants, contra.